IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | NO. 13-40030-JPG |
| | ) | |
| MAHMOUD YASSIN, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## ORDER

Before the Court is Defendant, Mahmoud Yassin's Motion for Early Termination of Probation (Doc. 19).  Having considered the reasons stated in said motion and there being no objection by the United States Probation Officer in charge, Tony Wheatley, or by the Assistant United States Attorney who prosecuted the case, Michael Quinley, said motion is hereby **GRANTED**.

**IT IS SO ORDERED**.

**DATED This 22nd day of October, 2014.**

*s/J. Phil Gilbert*
**Honorable J. Phil Gilbert**
**United States District Judge**

1